**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Jane Doe I, et al.

                                 Plaintiff,

v.                                                         Case No.: 1:18−cv−03201
                                                           Honorable Virginia M. Kendall

Casino Cruz, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 8, 2019:

       MINUTE entry before the Honorable Young B. Kim: In−person settlement conference held and progress made but not enough to resolve the matter. Parties are to continue with fact discovery. Parties are free to call or email the court if there is any change to their settlement position. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.